

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JUL 28 P 3:03

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 03-2079 "N"(3) |
| K & B LOUISIANA CORPORATION<br>  Defendant | JUDGE ENGELHARDT<br>MAG. KNOWLES |

## CONSENT DECREE

Considering the joint motion for the entry of this Consent Decree submitted by the Equal Employment Opportunity Commission ("the Commission"), plaintiff, K & B Louisiana Corporation d/b/a/ Rite Aid. ("Rite Aid"), defendant, through their respective counsel of record, and the representations regarding the consent of Tiffany Blackmon to the entry of this Decree;

**IT IS ORDERED THAT:**

1.   Within ninety (90) days of the entry of this Order, Rite Aid shall provide training to Craig Gagnon, Ronald Lowe, David Neu, Lester Perkins and Ed Washington that provides an overview of Title VII retaliation law, including the prohibitions against

DATE OF ENTRY
JUL 29 2004

1

Fee_____
Process_____
X /ktd_____
/CRmDep_____
Doc No._____

taking adverse action against a person engaging in any protected activity (filing, making or reporting a discrimination complaint and participation in a proceeding covered by Title VII adverse action) and the consequences of doing so.

2. Within sixty (60) days of providing the training to each such person as described in the preceding paragraph, Rite Aid or its counsel shall provide the Commission's New Orleans District Office Regional Attorney with a writing describing the date on which each listed person was trained as set forth in paragraph 1 of this Order.

3. Rite Aid re-affirms and hereby states that it has maintained all postings required by federal or state law in its Louisiana store and office locations, and agrees to continue to do so.

4. Rite Aid re-affirms and hereby states that it has provided reasonable notice of its policies and procedures as well as any laws regarding the prohibition against unlawful retaliation in its Louisiana store and office locations and agrees to continue to do so, and further agrees to post the name and telephone number for the Human Resources Manager and the RITE-CALL "800" number in the same location in its Louisiana store and office locations.

5. Should any provision of this Decree be declared or be determined by any Court to be illegal or invalid, the validity of the remaining parts, terms and provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be a part of this Decree.

6. The Commission and Rite Aid shall each bear its own attorneys' fees and costs incurred in connection with the litigation of this lawsuit.

7. This Court shall retain jurisdiction over this action for the purpose of enforcing this Decree, if necessary; and either party is empowered to enforce this Decree through the applicable judicial enforcement procedures, for a period of twelve (12) months following the entry of this Decree.

8. This Decree sets forth the entire agreement between the Commission and Rite Aid, and it fully supersedes any and all prior agreements or understandings between the Commission and Rite Aid pertaining to the subject matter herein. There are no other provisions, agreements or understandings that are contained herein; and this Decree cannot be altered by oral agreement between the parties, but only by written court-ordered modification.

9. Except to maintain the jurisdiction of the Court as described above, the Commission's lawsuit and claims against Rite Aid be and hereby are dismissed with prejudice.

New Orleans, Louisiana, this 28th day of July, 2004.

_____
UNITED STATES DISTRICT JUDGE

3

SUBMITTED AND APPROVED BY:

Date: 7/26/04

ERIC S. DREIBAND
General Counsel
No Bar Roll Number

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
No Bar Roll Number

_/s/ Keith T. Hill_
KEITH T. HILL
Regional Attorney
Bar Roll Number 15200000

_/s/ Michelle J. Butler_
MICHELLE T. BUTLER
Supervisory Trial Attorney
Bar Roll Number 1286

_/s/ N. Eleanor Graham_
N. ELEANOR GRAHAM
Senior Trial Attorney
Bar Roll Number 16946
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
New Orleans District Office
701 Loyola Avenue
Suite 600
New Orleans, LA 70113
Telephone:   (504) 589-6922
             (504) 589-6817
Facsimile:   (504) 589-2805

4

-and-

Date: 7/27/04

*[signature]*

GEORGE D. FAGAN, Bar No. 14260
LAUREN FAJONI BARTLETT, Bar No.28311
Leake & Andersson, L.L.P.
1100 Poydras Street
Suite 1700
New Orleans, Louisiana 70163
Tel.: (504) 585-7500
Fax: (504) 585-7775
Counsel for Defendant